Kelly R. Kichline
Nevada State Bar No. 10642
**MGM RESORTS INTERNATIONAL**
6385 S. Rainbow Blvd., Suite 500
Las Vegas, Nevada 89118
Tel: (702) 692-5651
Email: kkichline@mgmresorts.com

*Attorney for Defendant*
*Victoria Partners*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JUAN ABARCA,<br><br>    Plaintiff,<br><br>vs.<br><br>Victoria Partners d/b/a Park MGM Las Vegas,<br><br>    Defendant. | **Case No. 2:19-cv-02115-JCM-VCF**<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

   IT IS HEREBY STIPULATED, by and between the parties herein, through their respective counsel that, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, all claims and all parties herein are hereby dismissed with prejudice.

///

///

///

Each party will bear his or its own costs. All parties appearing have signed this stipulation, and there are no remaining claims or parties.

Dated this 7th day of April, 2020.

| **WATKINS & LETOFSKY, LLP** | **MGM RESORTS INTERNATIONAL** |
|---|---|
| /s/Joseph M. Ortuno | /s/Kelly R. Kichline |
| Joseph M. Ortuno, Bar No. 11233 | Kelly R. Kichline, Bar No. 10642 |
| 8215 S. Eastern Ave., Ste. 265 | 6385 S. Rainbow, Ste. 500 |
| Las Vegas, NV 89123 | Las Vegas, NV 89118 |
| *Attorney for Plaintiff* | *Attorney for Defendant* |
| *Juan Abarca* | *Victoria Partners* |

**IT IS SO ORDERED**:

_____
UNITED STATES DISTRICT JUDGE

DATED: April 10, 2020